```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

TRENNIS W. CHAPMAN, :
:
    Plaintiff, :
:
vs. :          CIVIL ACTION 15-0085-M
:
CAROLYN W. COLVIN, :
Commission of Social Security, :
:
    Defendant. :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Plaintiff Trennis W. Chapman and against Defendant Carolyn W. Colvin. It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA Attorney's fee in the amount of $1,429.50.

DONE this 29th day of March, 2016.

                                          s/BERT W. MILLING, JR.
                                          UNITED STATES MAGISTRATE JUDGE